NMA
F. #2022R00463

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

HESHY GOTTDIENER,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 25- (   )

**1:25-cr-00277(PKC)**

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant HESHY GOTTDIENER's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
            September 12, 2025

                                      JOSEPH NOCELLA, JR.
                                      United States Attorney
                                      Eastern District of New York
                                      271 Cadman Plaza East
                                      Brooklyn, New York 11201

                          By:         /s/
                                      Nick M. Axelrod
                                      Assistant United States Attorney
                                      (718) 254-6883

cc:    Clerk of the Court (NGG)