## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  Peggy Kuo                     DATE: 11/10//25

DOCKET NUMBER: 25 c r 0 0 2 7 7 (NGG)            LOG #: 12:17 – 12:27

DEFENDANT'S NAME: HESHY GOTTDIENER
  **X** Present  ___ Not Present  ___ Custody  ___ Bail

DEFENSE COUNSEL  Lara T. Gatz
  ___ Federal Defender  ___ CJA  **X** Retained  ___ Appointed by the Court

A.U.S.A  Nick M. Axelrod                          CLERK: SM Yuen

Probation: _____  (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ Rule 5f Order read into the record.

___ DETENTION HEARING Held.    ___ Defendant's first appearance.
  **X** Bond set at $100,000    Defendant **X** released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  **2** Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.  Start _____  Stop _____

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____