JPL:NMA
F. #2022R00463

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

HESHY GOTTDIENER,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. 25-0277 (NGG)
(T. 18, U.S.C. §§ 641, 2 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

THEFT OF GOVERNMENT PROPERTY

In or about and between March 2020 and July 2020, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant HESHY GOTTDIENER, together with others, did knowingly and willfully embezzle, steal, purloin and convert to his use and the use of another money and one or more things of value of the United States and a department and agency thereof, to wit: COVID-19 Economic Injury Disaster Loan funds issued by the United States Small Business Administration, the value of which in the aggregate exceeded the sum of $1,000.

(Title 18, United States Code, Sections 641, 2 and 3551 et seq.)

*By David Pitluck, Assistant U.S. Attorney*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK